IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MANSOUR BIN EL-AMIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:12-cv-342 |
| CLARKSVILLE POLICE DEPARTMENT, DETECTIVE NICHOLAS NEWMAN, and OFFICER BRIAN TENRY, | ) Judge Sharp |
| Defendants. | ) |

### ORDER

Before the Court are the plaintiff's "Motion to Reopen" and "Notice of Appeal," which the Court construes as objections to the Report and Recommendation ("R&R") filed by Magistrate Judge Joe Brown, recommending that this action be dismissed without prejudice.

For the reasons set forth herein, the Court hereby **ADOPTS** the R&R. Accordingly, for the reasons stated in the R&R, the defendants' first motion to dismiss (ECF No. 31) is **TERMINATED AS MOOT**; the second motion to dismiss (ECF No. 41) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. Also in accordance with the R&R, the Court further certifies that an appeal of this matter to the Sixth Circuit Court of Appeals would not be brought in good faith.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge